UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

VALERIE PERRY,

    Plaintiff,

v.                                          Case Number 23-10606

GUARDIAN ALARM,                  Sean F. Cox
                                                      United States District Court Judge

    Defendant.
_____/

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

Acting through counsel, Plaintiff Valerie Perry ("Perry") filed this suit against Defendant Guardian Alarm on March 15, 2023.

Perry's counsel filed a motion to withdraw as her counsel and stated that Perry expressed that she wished time to find a new attorney.

This Court scheduled the motion to withdraw to be heard on September 14, 2023, and ordered that Perry must attend the hearing. The hearing notice was served on Perry.

Nevertheless, Perry failed to appear for the September 14, 2023.

This Court granted the motion to withdraw in an Order issued on September 22, 2023. (ECF No. 12). That Order explained that Perry must obtain new counsel by October 16, 2023, and if not, she will be considered to be proceeding *pro se* in this action. That Order was served on Perry.

This Court noticed a Status Conference in this action for December 1, 2023. Perry was served with notice of that Status Conference. Nevertheless, Perry failed to appear for the

December 1, 2023 Status Conference.

In an Order issued on December 12, 2023, this Court ordered Perry to "**SHOW CAUSE,** in writing, no later than **December 28, 2023,** why this action should not be dismissed for failure to prosecute and/or failure to comply with this Court's orders."

Perry failed to respond to that order. Accordingly, the Court **ORDERS** that this action is **DISMISSED** for failure to prosecute and failure to comply with this Court's Orders. *See Atwater v. Bank of New York Mellon Trust Co., N.A.*, 586 F. App'x 222 (6th Cir. 2014).

**IT IS SO ORDERED.**

s/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated: January 5, 2024